IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAWAINNA ANDERSON, Individually and as Administratrix of the ESTATE OF NYLAH ANDERSON, a deceased minor<br><br>   *Plaintiff,*<br>v.<br><br>TIKTOK, INC. AND BYTEDANCE, INC.<br><br>   *Defendants*. | No. 2:22-cv-01849-PD |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tawainna Anderson, Individually and as Administratrix of the Estate of Nylah Anderson, a deceased minor ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by this Court in favor of Defendants, TikTok, Inc. and ByteDance, Inc. ("Defendants") on October 25, 2022 (ECF 40) and all decisions subsumed in that judgment, including, but not limited to the Court's Memorandum and Order (ECF 39, 40).

Dated: October 31, 2022

            */s/ Robert J. Mongeluzzi*
            Robert J. Mongeluzzi
            Jeffrey P. Goodman
            Samuel B. Dordick
            Rayna McCarthy
            **SALTZ MONGELUZZI &**
            **BENDESKY P.C.**
            One Liberty Place
            1650 Market Street, 52nd Floor
            Philadelphia, Pennsylvania 19103
            Tel: (215) 496-8282
            rmongeluzzi@smbb.com
            jgoodman@smbb.com
            sdordick@smbb.com

Mark A. DiCello
**DiCELLO LEVITT GUTZLER LLC**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
Tel: (440) 953-8888
madicello@dicellolevitt.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Robert J. Mongeluzzi*
Robert J. Mongeluzzi
*Counsel for Plaintiffs*