# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAWAINNA ANDERSON,** | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civ. No. 22-1849 |
| | : |
| **TIKTOK, INC.,** *et al.*, | : |
| **Defendants.** | : |

# ORDER

**AND NOW**, this 25th day of October, 2022, upon consideration of Defendants' Motion to Dismiss (Doc. No. 12), Plaintiff's Response (Doc. No. 17), Defendants' Reply (Doc. No. 21), Plaintiff's Sur-Reply (Doc No. 22), and all related submissions, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                Paul S. Diamond, J.