TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATIX
OF THE ESTATE OF N.A., A DECEASED MINOR,
      Appellant

v.

TIKTOK, INC.; BYTEDANCE, INC.