UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-3061**

Anderson v. TikTok, Inc.
(E.D. Pa. No. 2:22-cv-01849)

**ORDER**

Pursuant to 3d Cir. L.A.R. 113.12 and the Judicial Conference Policy on Privacy and Public Access to Electronic Cases, personal identifier information must be redacted from filings. These identifiers include Social Security numbers, names of minor children, financial account numbers, dates of birth, and home addresses in criminal cases. **Litigants are responsible for redacting documents.** This Court's Local Appellate Rules and a link to the Judicial Conference Policy are available at www.ca3.uscourts.gov.

Accordingly, this action has been docketed under the initials of the minor child Appellant, rather than the minor's full name. It is noted that the caption identifies the minor child's parent by her full name. If the parent wishes to be identified by her initials or to proceed under a pseudonym, a motion requesting such relief must be filed with the Court within seven (7) days of the date of this Order. Otherwise, the case will continue under the full name of the parent.

Counsel should comply with L.A.R. 113.12 and the Judicial Conference Policy on Privacy. Any future filings should be in compliance with the local rule and that policy. The Clerk will not review each filing for compliance with L.A.R. 113.12. This order has no impact on any filings in the District Court, and counsel should address any issues regarding those filings with that Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  November 10, 2022
JK/cc: All Counsel of Record