## TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

District Court _____    Court of Appeals Docket No. _____

District Court Docket No. _____

Short Case Title _____

Date Notice of Appeal Filed by Clerk of District Court _____

**Part I.**    (To be completed by party responsible for ordering transcript)

A.    <u>Check one</u> of the following and serve <u>ALL COPIES</u>:

<span style="color:red">NOTE:  A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.</span>

**TRANSCRIPT:**

_____  None                              _____  Unnecessary for appeal purposes.

_____  Already on file in the District Court Clerk's office.

_____  This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

| | | |
|---|---|---|
| _____  Voir dire | _____  Open Statement of Plaintiff | ▬▬▬  Opening Statement of Defendant |
| _____  Closing Argument of Plaintiff | _____  Closing Argument of Defendant | |
| _____  Jury Instructions | _____  Sentencing Hearings | |

<span style="color:red">FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS</span>

B.    This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

_____  CJA Form submitted to District Court Judge          _____  Motion for Transcript has been submitted to District Court

_____  CJA Form submitted to Court of Appeals              _____  Private Funds

Signature _____          Date _____

Print Name _____        Counsel for _____

Address _____            Telephone _____

**Part II.**    COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

_____  Arrangements for payment were made on _____

_____  Arrangements for payment have not been made pursuant to FRAP 10(b)

| | | |
|---|---|---|
| _____ | _____ | _____ |
| **Date** | **Name of Court Report** | **Telephone** |

**Part III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court  Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____          Actual Number of Volumes _____

| | |
|---|---|
| _____ | _____ |
| **Date** | **Signature of Court Reporter** |