UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-3061**

Anderson v. TikTok, Inc.

To:    Clerk

1)     Motion by Appellees to Stay Briefing Schedule pending the U.S. Supreme Court's decision in <u>Gonzalez v. Google LLC</u>, Supreme Court No. 21-1333

2)     Response by Appellant in Opposition to Motion to Stay Briefing

3)     Reply by Appellees in Support of Motion to Stay Briefing

---

    The foregoing are hereby referred to a motions panel. Briefing is temporarily stayed pending disposition of the motion. If the motion is denied or referred to the merits panel, Appellees' brief must be filed and served within 30 days of the date of the Court's order denying or referring the motion.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: February 2, 2023
JK/cc:  All Counsel of Record