UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
DCO-035

_____

No. 22-3061
_____

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATIX
OF THE ESTATE OF N.A., A DECEASED MINOR,
Appellant

v.

TIKTOK, INC.; BYTEDANCE, INC.

(E.D. Pa. No. 2-22-cv-1849)

Present: JORDAN and SHWARTZ, Circuit Judges

1. Motion filed by Appellees TikTok Inc and ByteDance Inc to stay the Briefing Schedule pending the Supreme Court's decision in Gonzalez v. Google LLC.

2. Response filed by Appellant Tawainna Anderson to Motion to stay the Briefing Schedule.

3. Reply by Appellees ByteDance Inc and TikTok Inc to Motion to stay the Briefing Schedule.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　　　　　　　Clerk/jk

_____ORDER_____
The foregoing motion is hereby GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　s/ Kent A. Jordan
　　　　　　　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: February 10, 2023
JK/cc: All Counsel of Record