# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>22-3061</u>

Tawainna Anderson v. TikTok Inc, et al

(U.S. District Court No.: 2-22-cv-01849)

# ORDER

By order entered 02/10/2023, the Court stayed the above entitled case. All parties are directed to file a status report by **March 13, 2023** and every **thirty (30)** days thereafter until the stay is lifted.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:    February 10, 2023
JK/cc:    Geoffrey M. Drake, Esq.
Albert Giang, Esq.
Jeffrey P. Goodman, Esq.
David Mattern, Esq.
Robert J. Mongeluzzi, Esq.
Joseph O'Neil, Esq.
Andrew J. Pincus, Esq.
Nicole A. Saharsky, Esq.
Katherine A. Wang, Esq.
Mark J. Winebrenner, Esq.