No. 22-3061

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF N.A., A DECEASED MINOR,

*Plaintiff-Appellant,*

v.

TIKTOK, INC.; BYTEDANCE, INC.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the Eastern District of Pennsylvania No. 2:22-cv-1849 (Diamond, J.)

## JOINT STATUS REPORT

Robert J. Mongeluzzi
Jeffrey P. Goodman
SALTZ MONGELUZZI &
　BENDESKY P.C.
One Liberty Place
1650 Market Street, 52ndFloor
Philadelphia, PA 19103
(215) 496-8282

*Counsel for Plaintiff-Appellant Tawainna Anderson*

Andrew J. Pincus
Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

Geoffrey M. Drake
TaCara D. Harris
KING & SPALDING LLP
1180 Peachtree Street NE,
　Suite 1600
Atlanta, GA 30309
(404) 572-4726

Albert Giang
KING & SPALDING LLP
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4335

*Additional counsel listed on following page*

David Mattern
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626-2946

Mark J. Winebrenner
FAEGRE DRINKER BIDDLE
  & REATH LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
(612) 766-1600

Joseph O'Neil
Katherine A. Wang
CAMPBELL CONROY & O'NEIL
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
(610) 964-1900

*Counsel for Defendants-Appellees TikTok, Inc. and ByteDance, Inc.*

## JOINT STATUS REPORT

Pursuant to this Court's February 10, 2023, order, Plaintiff-Appellant Anderson and Defendants-Appellees TikTok Inc. and ByteDance Inc. hereby respectfully submit this joint status report:

1.On February 10, 2023, the Court granted Appellees' motion to stay the briefing schedule pending the Supreme Court's decision in *Gonzalez v. Google LLC,* U.S. No. 21-1333.  Dkt. 28.  The Court directed counsel to file a joint status report by March 13, 2023, and every thirty days thereafter until the stay is lifted.  Dkt. 29.

2.The status of the *Gonzalez* case has not changed since the parties' April 12, 2023, report.  The *Gonzalez* case is still pending.  The Supreme Court heard oral argument in that case on February 21, 2023.  It is expected that the Supreme Court will decide the case during its October 2022 Term, which is expected to conclude at the end of June 2023.

3.The parties will file the next status report by June 12, 2023.

Respectfully submitted,

/s/ *Jeffrey P. Goodman*

Robert J. Mongeluzzi
Jeffrey P. Goodman
SALTZ MONGELUZZI &
 BENDESKY P.C.
One Liberty Place
1650 Market Street, 52ndFloor
Philadelphia, PA 19103

*Counsel for Plaintiff-Appellant Tawainna Anderson*


Dated: May 12, 2023

/s/ *Andrew J. Pincus*

Andrew J. Pincus
Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006

Geoffrey M. Drake
TaCara D. Harris
KING & SPALDING LLP
1180 Peachtree Street NE,
 Suite 1600
Atlanta, GA 30309

Albert Giang
KING & SPALDING LLP
633 West 5th Street, Suite 1600
Los Angeles, CA 90071

David Mattern
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006

Mark J. Winebrenner
FAEGRE DRINKER BIDDLE &
 REATH LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

Joseph O'Neil
Katherine A. Wang
CAMPBELL CONROY & O'NEIL
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312

*Counsel for Defendants-Appellees TikTok, Inc. and ByteDance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 12, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

/s/ *Andrew J. Pincus*
Andrew J. Pincus