No. 22-3061

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF N.A., A DECEASED MINOR,

*Plaintiff-Appellant,*

v.

TIKTOK, INC.; BYTEDANCE, INC.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the Eastern District of Pennsylvania No. 2:22-cv-1849 (Diamond, J.)

## JOINT MOTION TO LIFT STAY AND SET A BRIEFING SCHEDULE

Robert J. Mongeluzzi
Jeffrey P. Goodman
SALTZ MONGELUZZI &
  BENDESKY P.C.
One Liberty Place
1650 Market Street, 52ndFloor
Philadelphia, PA 19103
(215) 496-8282

*Counsel for Plaintiff-Appellant Tawainna Anderson*

Andrew J. Pincus
Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

Geoffrey M. Drake
TaCara D. Harris
KING & SPALDING LLP
1180 Peachtree Street NE,
  Suite 1600
Atlanta, GA 30309
(404) 572-4726

Albert Giang
KING & SPALDING LLP
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4335

*Additional counsel listed on following page*

David Mattern
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626-2946

Mark J. Winebrenner
FAEGRE DRINKER BIDDLE
  & REATH LLP
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
(612) 766-1600

Joseph O'Neil
Katherine A. Wang
CAMPBELL CONROY & O'NEIL
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
(610) 964-1900

*Counsel for Defendants-Appellees TikTok, Inc. and ByteDance, Inc.*

# JOINT MOTION TO LIFT STAY AND
# SET A BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiff-Appellant Anderson and Defendants-Appellees TikTok Inc. and ByteDance Inc. respectfully request that the Court lift the stay in this appeal and enter a briefing schedule. The Court stayed this appeal pending the Supreme Court's decision in *Gonzalez v. Google LLC*, U.S. No. 21-1333. After the Supreme Court decided *Gonzalez*, the parties promptly conferred about the briefing schedule going forward and agreed to a joint proposal. The parties respectfully request that the Court lift the stay and enter the briefing schedule set out below.

1.  This is an appeal from the district court's dismissal of Appellant's complaint. The district court concluded that Appellant's claims are barred by Section 230 of the Communications Decency Act (CDA), 47 U.S.C. § 230. A3-A8. On October 31, 2022, Appellant filed her notice of appeal, which the Court docketed on November 10, 2022. *See* Dkt. 1. On January 9, 2023, Appellant filed her opening brief. *See* Dkt. 19. In that brief, Appellant argued that the Supreme Court's decision in *Gonzalez v. Google LLC, supra*, could bear on the resolution of this appeal. *See id.* at 33-34. The question presented in *Gonzalez* was whether Section 230 of

the CDA immunizes interactive computer service providers from liability when they make targeted recommendations of content posted by third parties. Pet. i, *Gonzalez, supra*. Appellees accordingly moved to stay the briefing schedule pending the Supreme Court's resolution of *Gonzalez*. *See* Dkt. 24.

2. On February 10, 2023, the Court granted Appellees' motion to stay the briefing schedule. Dkt. 28. The Court directed counsel to file a joint status report every thirty days until the stay is lifted. Dkt. 29. The parties filed status reports every thirty days, including most recently on May 12, 2023. *See* Dkt. 32.

3. On May 18, 2023, the Supreme Court issued its decision in *Gonzalez*. *See Gonzalez*, 2023 WL 3511529 (U.S. May 18, 2023). In light of that decision, the parties agree that the stay in this appeal should be lifted and that the Court should set a briefing schedule for the appeal. The parties respectfully request that the Court set the following schedule:

- Appellant may file a supplemental brief, limited to 10 pages, addressing the Supreme Court's decision in *Gonzalez* and the related decision in *Twitter, Inc. v. Taamneh*, U.S. No. 21-1496,

within 7 days from the entry of the Court's order lifting the stay;

- Appellees may file their response brief within 44 days of Appellant's supplemental brief (reflecting a 14-day extension under Local Rule 31.4); and

- Appellant may file her reply brief within 21 days of the response brief.

4.  Good cause exists for the proposed extension for Appellees' response brief.  The attorneys representing Appellees have upcoming personal and professional conflicts, including:

- Oral argument in *In re. BGC Partners*, Del. No. 359,2022 (scheduled for May 24, 2023);

- *Amicus* brief in *Davitashvili v. Uber Techs., Inc.*, 2d Cir. No. 23-521 (due June 2, 2023);

- Response brief in *In re RGN-Group Holdings, LLC*, 3d Cir. Nos. 22-3019 & 22-3020 (due June 5, 2023);

- *Amicus* brief in *Braidwood Management Inc. v. Becerra*, 5th Cir. No. 23-10326 (due June 27, 2023);

- Brief in opposition in *Blenheim Capital Holdings Ltd. v. Lockheed Martin Corp.*, U.S. No. 22-886 (due July 3, 2023);

- Principal and response brief in *Tribune Media Co. v. Commissioner*, 7th Cir. Nos. 22-1135 et al. (due July 11, 2023); and

- Brief in opposition in *Freeman v. HSBC Holdings PLC*, U.S. No. 22-1117 (due July 17, 2023).

## CONCLUSION

The Court should lift the stay and enter a briefing schedule directing Appellant to file a supplemental brief within 7 days from the entry of the Court's order lifting the stay, Appellees to file their response brief within 44 days of the filing of the supplemental brief, and Appellant to file her reply brief within 21 days of the filing of the response brief.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey P. Goodman* | /s/ *Andrew J. Pincus* |

| | |
|---|---|
| Robert J. Mongeluzzi<br>Jeffrey P. Goodman<br>SALTZ MONGELUZZI &<br>　BENDESKY P.C.<br>One Liberty Place<br>1650 Market Street, 52ndFloor<br>Philadelphia, PA 19103<br><br>*Counsel for Plaintiff-Appellant*<br>*Tawainna Anderson*<br><br><br>Dated: May 23, 2023 | Andrew J. Pincus<br>Nicole A. Saharsky<br>MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, DC 20006<br><br>Geoffrey M. Drake<br>TaCara D. Harris<br>KING & SPALDING LLP<br>1180 Peachtree Street NE,<br>　Suite 1600<br>Atlanta, GA 30309<br><br>Albert Giang<br>KING & SPALDING LLP<br>633 West 5th Street, Suite 1600<br>Los Angeles, CA 90071<br><br>David Mattern<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Mark J. Winebrenner<br>FAEGRE DRINKER BIDDLE &<br>　REATH LLP<br>90 South Seventh Street<br>2200 Wells Fargo Center<br>Minneapolis, MN 55402<br><br>Joseph O'Neil<br>Katherine A. Wang<br>CAMPBELL CONROY & O'NEIL<br>1205 Westlakes Drive, Suite 330<br>Berwyn, PA 19312<br><br>*Counsel for Defendants-Appellees*<br>*TikTok, Inc. and ByteDance, Inc.* |

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 653 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface and type-style requirements of Fed. R. App. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Office Word 2016 and set in 14-point Century Schoolbook font.

/s/ *Andrew J. Pincus*
Andrew J. Pincus

## CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

/s/ *Andrew J. Pincus*
Andrew J. Pincus