UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-3061**

Anderson v. TikTok Inc.

**O R D E R**

It is hereby ordered that the stay entered in this appeal on February 10, 2023 is hereby lifted.  The Appellees are directed to file and serve their brief within 30 days of the date of this order.

For the Court,

/s/Patricia S. Dodszuweit
Clerk

Dated: June 12, 2023
JK/cc: All Counsel of Record