**Case No. 22-3061**

**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

**TAWAINNA ANDERSON**
Plaintiff-Appellant

v.

**TIKTOK INC.**, *et al*.
Defendants-Appellees

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, Case No. 2:22-cv-01849-PD

**PLAINTIFF-APPELLANT'S REQUEST FOR ORAL ARGUMENT**

Robert J. Mongeluzzi
Jeffrey P. Goodman
**SALTZ MONGELUZZI &
BENDESKY P.C.**
One Liberty Place
1650 Market Street,
52nd Floor
Philadelphia, Pennsylvania 19103
(215) 496-8282

August 2, 2023

*Counsel for Plaintiff-Appellant*

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Fed. R. App. P. 34(a) and Third Circuit L.A.R. 34.1, Plaintiff-Appellant hereby respectfully requests that oral argument be granted to aid the Court in deciding this appeal and in light of the importance and novelty of the legal issues raised.

Plaintiff-Appellant is the mother and Administratrix of the Estate of Nylah Anderson, a 10-year-old girl who was killed in December 2021 when she attempted to perform a TikTok challenge known as the "Blackout Challenge." Plaintiff-Appellant's appeal of the district court's ruling on Defendant-Appellees' motion to dismiss raises issues of significant public importance. Specifically, this case presents an opportunity for this Court to address how Section 230 of the Communications Decency Act (CDA), 47 U.S.C. § 230, applies to product liability claims like Plaintiff-Appellant's, as well as how it applies to targeted recommendation algorithms of the type used by Defendants-Appellees' TikTok app. Discussion of these important issues would benefit from oral argument.

Plaintiff-Appellant is requesting 20 minutes per side due to the complexity and public importance of these issues.

WHEREFORE, Plaintiff-Appellant requests for this Court to hold oral arguments on this matter.

*/s/ Jeffrey P. Goodman*
Robert J. Mongeluzzi
Jeffrey P. Goodman
**SALTZ MONGELUZZI &
BENDESKY P.C.**
One Liberty Place
1650 Market Street,
52nd Floor
Philadelphia, Pennsylvania 19103
(215) 496-8282

August 2, 2023

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2023, I electronically filed Plaintiff-Appellant's Request for Oral Argument with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I also caused a copy of this Request to be served electronically on the following counsel for Defendants-Appellees:

Joseph E. O'Neil
Katherine A. Wang
**CAMPBELL CONROY & O'NEIL, PC**
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
Telephone: (610) 964-1900
Facsimile: (610) 964-1981
joneil@campbeltriallawyers.com
kwang@campbelltriallawyers.com

Albert Giang
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
agiang@kslaw.com

Geoffrey M. Drake
TaCara D. Harris
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
gdrake@kslaw.com
tharris@kslaw.com

Andrew J. Pincus
Nicole A. Saharsky
Minh Nguyen-Dang
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

Benjamin D. Bright
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

Mark J. Winebrenner
**FAEGRE DRINKER BIDDLE & REATH LLP**
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
(612) 766-1600

*Counsel for Defendants-Appellants*