UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3061

Anderson vs. TikTok Inc., et al.

Calendar Date 1/16/23    Location Philadelphia

ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Andrew J. Pincus

Designation of Arguing Counsel: Andrew J. Pincus

Member of the Bar: ☑ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

TikTok Inc.; ByteDance Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)