Coram: SHWARTZ, MATEY and PHIPPS, Circuit Judges

No. 22-3061

TAWAINNA ANDERSON,
INDIVIDUALLY AND AS
ADMINISTRATIX
OF THE ESTATE OF N.A.,
A DECEASED MINOR,
Appellant
v.
TIKTOK, INC.; et al.

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| JEFFREY P. GOODMAN | ANDREW J. PINCUS |
| (15 minutes per Court) | (15 minutes per Court) |

---

S U B M I T T E D

No. 22-3194
Pursuant to 3rd Cir. LAR 34.1(a)

ALITO TIJWAN CROSS,
Appellant
v.
BUSCHMAN; et al.
_____

No. 22-3200
Pursuant to 3rd Cir. LAR 34.1(a)

MICHAEL GRANT,
Appellant
v.
CITY OF PHILADELPHIA; et al.

Coram: SHWARTZ, MATEY and PHIPPS, Circuit Judges

S U B M I T T E D

No. 23-1317
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
NICHOLAS STANLEY,
Appellant

_____

No. 23-1394
Pursuant to 3rd Cir. LAR 34.1(a)

JANIE SLAMON, as Executrix of the Estate
of James Slamon; ERIC LEWIS,
Appellants
v.
CARRIZO (MARCELLUS) LLC; et al.

_____

No. 23-2121
Pursuant to 3rd Cir. LAR 34.1(a)

DR. GEORGE POLSON,
Appellant
v.
VIVIMED LABS INC USA; et al.