UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-3061
_____

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATIX
OF THE ESTATE OF N.A., A DECEASED MINOR,
Appellant

v.

TIKTOK, INC.; BYTEDANCE, INC.
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-22-cv-01849)
U.S. District Judge:  Honorable Paul S. Diamond
_____

Argued
January 17, 2024
_____

Before:  SHWARTZ, MATEY, and PHIPPS, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the Eastern District of Pennsylvania and was argued on January 17, 2024.

On consideration whereof, it is now hereby ORDERED that the judgment of the District Court entered on October 25, 2022, is hereby REVERSED IN PART, VACATED IN PART, and REMANDED.  Costs shall not be taxed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit

Clerk

Dated: August 27, 2024

Case: 22-3061　　Document: 54-1　　Page: 2　　Date Filed: 08/27/2024