OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 27, 2024

Geoffrey M. Drake
King & Spalding
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309

Albert Giang
King & Spalding
633 W 5th Street
Suite 1600
Los Angeles, CA 90071

Jeffrey P. Goodman
Saltz Mongeluzzi & Bendesky
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

David Mattern
King & Spalding
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006

Robert J. Mongeluzzi
Saltz Mongeluzzi & Bendesky
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103

Joseph O'Neil
Campbell Conroy & O'Neil
1205 Westlakes Drive
Suite 330
Berwyn, PA 19312

Andrew J. Pincus
Mayer Brown
1999 K Street NW
Washington, DC 20006

Nicole A. Saharsky
Mayer Brown
1999 K Street NW
Washington, DC 20006

Katherine A. Wang
Campbell Conroy & O'Neil
1205 Westlakes Drive
Suite 330
Berwyn, PA 19312

Mark J. Winebrenner
Faegre Drinker Biddle & Reath
90 S Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402

RE: Tawainna Anderson v. TikTok Inc, et al
Case Number: 22-3061
District Court Case Number: 2-22-cv-01849

ENTRY OF JUDGMENT

Today, **August 27, 2024** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958