# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRA-
TRIX OF THE ESTATE OF N.A., A DECEASED MINOR,

*Plaintiff-Appellant,*

v.

TIKTOK INC.; BYTEDANCE INC.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the Eastern
District of Pennsylvania, No. 2:22-cv-1849 (Diamond, J.)

## MOTION TO WITHDRAW AS COUNSEL

Andrew J. Pincus
Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

*Counsel for Defendants-Appellees TikTok Inc. and ByteDance Inc.*

Andrew J. Pincus and Nicole A. Saharsky respectfully request leave to withdraw as counsel for Defendants-Appellees TikTok Inc. and ByteDance Inc. in this matter. TikTok and ByteDance will continue to be represented by Paul D. Clement, Erin E. Murphy, and James Y. Xi of Clement & Murphy PLLC; Geoffrey M. Drake, Albert Giang, Tacara D. Harris, and David Mattern of King & Spalding LLP; Mark J. Winebrenner of Faegre Drinker Biddle & Reath; and Joseph O'Neil and Katherine A. Wang of Campbell Conroy & O'Neil, who have already entered appearances on behalf of TikTok and ByteDance in this matter.

Respectfully submitted,

/s/ *Andrew J. Pincus*

Andrew J. Pincus
Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

Dated: October 1, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

/s/ *Andrew J. Pincus*
Andrew J. Pincus