UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3061

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATIX
OF THE ESTATE OF N.A., A DECEASED MINOR,
Appellant

v.

TIKTOK, INC.; BYTEDANCE, INC.

(E.D. Pa. No. 2-22-cv-01849)

Present: SHWARTZ, MATEY and PHIPPS, Circuit Judges

1. Motion filed by Attorneys Andrew J. Pincus, Esq and Nicole A. Saharsky, Esq for Appellees ByteDance Inc and TikTok Inc to withdraw as counsel.

                                        Respectfully,
                                        Clerk/JK

_____ORDER_____
The foregoing motion filed by Attorneys Andrew J. Pincus, Esq and Nicole A. Saharsky, Esq for Appellees ByteDance Inc and TikTok Inc to withdraw as counsel is granted.

                                        By the Court,

                                        s/Patty Shwartz
                                        Circuit Judge

Dated: October 7, 2024
JK/cc: All Counsel of Record