UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 22-3061

TAWAINNA ANDERSON, INDIVIDUALLY AND AS ADMINISTRATIX
OF THE ESTATE OF N.A., A DECEASED MINOR,
Appellant

v.

TIKTOK, INC.; BYTEDANCE, INC.

(D.C. Civil Action No. 2-22-cv-01849)

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, and CHUNG, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Dated: October 23, 2024
CJG/cc:      Jeffrey P. Goodman, Esq.
             Robert J. Mongeluzzi, Esq.
             Paul D. Clement, Esq.
             Geoffrey M. Drake, Esq.
             Albert Giang, Esq.
             David Mattern, Esq.
             Erin E. Murphy, Esq.
             Joseph O'Neil, Esq.
             Katherine A. Wang, Esq.
             Mark J. Winebrenner, Esq.
             James Xi, Esq.
             Sophia S. Cope, Esq.
             Corbin Barthold, Esq.
             Scott A. Keller, Esq.